IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

MELONY FLETCHER,                      *
                                      *
       Plaintiff,                     *
                                      *
            v.                        *          CV 125-237
                                      *
ACADEMY, LTD. (L.P.)(TEXAS),          *
d/b/a Academy Sports +                *
Outdoors, et al.,                     *
                                      *
       Defendants.                    *

**O R D E R**

Currently before the Court are Plaintiff's motion to substitute party (Doc. 9) and motion to remand (Doc. 10) and the Parties' consent motion to remand and withdraw the motion to substitute (Doc. 13).

The Parties agreed to remand the case to the Superior Court of Columbia County, Georgia, and Plaintiff will no longer pursue her motion to substitute. (Id. at 2.) Upon due consideration, the Court **GRANTS** the Parties' joint motion (Doc. 13).

The Clerk is directed to **REMAND** this case to the Superior Court of Columbia County, Georgia, **TERMINATE** all motions and deadlines, and **CLOSE** this case. Each party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia this ___17th___ day of February, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2